**[APPEARANCES LISTED ON SIGNATURE PAGES]**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION, | Case No. C 03-00167 MJJ |
| Plaintiff | |
| v. | |
| LEXAR MEDIA, INC., | |
| Defendant. | |

The parties have met and conferred and agree that a short extension of time will be needed to complete fact and expert discovery and to prepare for mediation, dispositive motions, and trial. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the June 8, 2005 Scheduling Order be extended as follows.

| Event | June 8, 2005 Scheduling Order | Proposed Date |
|---|---|---|
| Complete fact discovery | February 24, 2006 | April 14, 2006 |
| Burden of proof expert reports | March 17, 2006 | April 28, 2006 |
| Rebuttal expert reports | April 4, 2006 | May 18, 2006 |
| Complete Expert Discovery | May 1, 2006 | June 2, 2006 |
| Last day to file dispositive motions | May 25, 2006 | June 22, 2006 |
| Opposition briefs due | June 8, 2006 | July 6, 2006 |
| Reply briefs due | June 15, 2006 | July 13, 2006 |
| Hearing on dispositive motions | June 30, 2006 | July 28, 2006, or as soon thereafter as is convenient for the Court and the parties |
| Mediation take place before | End of July 2006 | August 28, 2006 |
| New claim terms designated by | End of July 2006 | August 28, 2006 |
| Further status conference hearing | August 31, 2006 <br><br> New date: October 3, 2006 at 2:00 pm | ~~September 28, 2006~~, or as soon thereafter as is convenient for the Court and the parties |

By his signature below, counsel for Lexar attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

1

2 Dated:  February 7, 2006

/s/ Perry Clark
Matthew D. Powers (Bar No. 104795)
matthew.powers@weil.com
Steven Cherensky (Bar No. 168275)
steven.cherensky@weil.com
Perry R. Clark (Bar No. 197101)
perry.clark@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Anita E. Kadala
anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

Attorneys for
LEXAR MEDIA, INC.

16 Dated:  February 7, 2006

/s/ Carl Schlier
Robert F. Mccauley (Bar No. 162056)
E-Mail:  Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Arthur I. Neustadt
E-Mail:  aneustadt@oblon.com
Richard D. Kelly
E-Mail:  rkelly@oblon.com
Carl E. Schlier
E-Mail:  cschlier@oblon.com
OBLON, SPIVAK, MCCLELLAND, MAIER &
NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 413-3000
Facsimile: (703) 413-2220

STIPULATION  AND [▮▮▮▮▮▮D] ORDER
Case No. 03-00167

1    **SUPPORTING DECLARATION OF PERRY CLARK**

2        I, Perry Clark, declare as follows:

3        1.      I am an attorney admitted to practice in the State of California and the United

4    States District Court for the Northern District of California, and am associate with the law firm of

5    Weil, Gotshal & Manges L.L.P., attorneys of record for Lexar Media Inc.  The matters referred to

6    in this declaration are based on my personal knowledge and if called as a witness I could, and

7    would, testify competently to those matters.

8        2.      The factual representations made above in the above Stipulation are true.  The

9    parties have been actively engaged in discovery and, in particular, the parties have been actively

10   preparing for and taking depositions in the United States and in Japan since September, 2005.  In

11   recent weeks, the parties have met and conferred and agreed that the schedule in this case should

12   be extended, as requested above, to permit the orderly completion of fact and expert discovery

13   and to prepare for mediation and any dispositive motion practice.

14       3.      There have not been any prior modifications to the Court's June, 8, 2005

15   Scheduling Order.

16       I declare under penalty of perjury under the laws of the United States of America that the

17   foregoing is true and correct and that this declaration was executed on February 7, 2006 at

18   Redwood Shores, California.

19                          _____

                                           /s/
20                              Perry Clark

21

22

23

24

25

26

27

28

STIPULATION  AND  ▊▊▊▊▊▊  ORDER
Case No. 03-00167

3

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.  .

3

4
Dated: 2/10/2006
_____

5
_____
The Honorable Martin J. Jenkins
United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION  AND ▮▮▮▮▮▮ ORDER
Case No. 03-00167