**[APPEARANCES LISTED ON SIGNATURE PAGES]**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>　　　　Plaintiff<br><br>　v.<br><br>LEXAR MEDIA, INC.,<br><br>　　　　Defendant. | Case No. C 03-00167 MJJ<br><br>**STIPULATION REGARDING CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER** |

1   The parties have met and conferred and agree that a short extension of time will be needed
2   to complete fact and expert discovery and to prepare for mediation, dispositive motions, and trial.
3   Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule
4   set forth in the February 10, 2006 Order be extended as follows. The parties further agree that the
5   schedule changes requested here should not impact any dates set or requested in related case
6   number C-0205273 MJJ, and will not be used to argue for any changes in the schedule in that
7   case. It is noted that a Stipulation and Proposed Order regarding the case schedule was filed on
8   April 14, 2006 by the parties but has not been entered by the Court. Those dates are included in
9   the table below for the Court's reference.

| Event | February 10, 2006 Scheduling Order | April 14 Stipulation | New Proposed Date |
|---|---|---|---|
| Complete fact discovery | April 14, 2006 | May 19, 2006 | June 2, 2006[1] |
| Burden of proof expert reports | April 28, 2006 | June 9, 2006 | June 21, 2006 |
| Rebuttal expert reports | May 18, 2006 | June 30, 2006 | July 19, 2006 |
| Complete Expert Discovery | June 2, 2006 | July 21, 2006 | August 4, 2006 |
| Last day to file dispositive motions | June 22, 2006 | August 10, 2006 | August 10, 2006 |
| Opposition briefs due | July 6, 2006 | August 25, 2006 | August 25, 2006 |
| Reply briefs due | July 13, 2006 | September 1, 2006 | September 1, 2006 |
| Hearing on dispositive motions | July 28, 2006, or as soon thereafter as is convenient for the Court and the parties | To be determined by the Court | November 7, 2006 |
| Mediation take place | August 28, 2006 | One or before September 30, 2006 | On or before September 30, 2006 |
| New claim terms designated by | August 28, 2006 | September 30, 2006 | September 30, 2006 |

By his signature below, counsel for Toshiba attests under penalty of perjury that counsel
for the parties concur in the filing of this Stipulation.

---

[1] This date only applies to completing discovery timely noticed or served in compliance with the previously-agreed May 19, 2006 fact discovery cutoff.

STIPULATION AND [PROPOSED] ORDER
Case No. 03-00167 MJJ (JL)

1

| | |
|---|---|
| 1  Dated:  May 19, 2006 | |
| 2 | /s/ Steven Cherensky |
|   | Matthew D. Powers (Bar No. 104795) |
| 3 | matthew.powers@weil.com |
|   | Steven Cherensky (Bar No. 168275) |

Dated:  May 19, 2006

                       /s/ Steven Cherensky

Matthew D. Powers (Bar No. 104795)
matthew.powers@weil.com
Steven Cherensky (Bar No. 168275)
steven.cherensky@weil.com
Perry R. Clark (Bar No. 197101)
perry.clark@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Anita E. Kadala
anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

Attorneys for LEXAR MEDIA, INC.

Dated:  May 19, 2006

                       /s/ Carl Schlier

Robert F. McCauley (Bar No. 162056)
E-Mail:  Robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Arthur I. Neustadt
E-Mail:  aneustadt@oblon.com
Richard D. Kelly
E-Mail:  rkelly@oblon.com
Carl E. Schlier
E-Mail:  cschlier@oblon.com
OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 413-3000
Facsimile: (703) 413-2220

Attorneys for TOSHIBA CORPORATION

**SUPPORTING DECLARATION OF CARL E. SCHLIER**

I, Carl E. Schlier, declare as follows:

1. I am an attorney admitted to practice in the State of Virginia, am admitted pro hac vice for this action in the United States District Court for the Northern District of California, and am with the law firm of Oblon, Spivak, McClelland, Maier & Neustadt, attorneys of record for Toshiba Corporation. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true. The parties have been actively engaged in discovery and, in particular, the parties have been actively preparing for and taking depositions in the United States and in Japan for several months. In recent weeks, the parties have met and conferred and agreed that the schedule in this case should be extended, as requested above, to permit the orderly completion of fact and expert discovery and to prepare for mediation and any dispositive motion practice.

3. The parties submitted a proposed order on April 14, 2006 proposing modifications to the Court's February 10, 2006 Scheduling Order, but the proposed order has not been entered by the Court. The February 10, 2006 Scheduling Order modified the schedule set forth in the June 8, 2005 Scheduling Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 19, 2006 at Alexandria, Virginia.

/s/
Carl E. Schlier

STIPULATION AND [PROPOSED] ORDER
Case No. 03-00167 MJJ (JL)

3

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/24/2006 _____
                                           The Honorable Martin J. Jenkins
                                           United States District Court Judge