1  **[APPEARANCES LISTED ON SIGNATURE PAGES]**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>         Plaintiff,<br><br>    v.<br><br>LEXAR MEDIA, INC.,<br><br>         Defendant. | Case No. C 03-00167 MJJ<br><br>**STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER** |

The parties have met and conferred and agree that a short extension of time will be needed to complete expert discovery. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the stipulation filed by the parties on May 19, 2006 and entered by the Court on May 24, 2006 be modified as follows.

| Event | May 24, 2006 Scheduling Order | Proposed Date |
|---|---|---|
| Burden of proof expert reports | June 21, 2006 | July 14, 2006 |
| Rebuttal expert reports | July 19, 2006 | August 11, 2006 |
| Complete expert discovery | August 4, 2006 | September 12, 2006 |

The remaining dates in the schedule set forth in the stipulation filed by the parties on May 19, 2006 and entered by the Court on May 24, 2006 shall remain in effect.

By his signature below, counsel for Lexar attests under penalty of perjury that counsel for Toshiba concurs in the filing of this Stipulation.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 21, 2006 | /s/ Steven Cherensky |
| | | Matthew D. Powers (Bar No. 104795) |
| 3 | | matthew.powers@weil.com |
| | | Steven Cherensky (Bar No. 168275) |
| 4 | | steven.cherensky@weil.com |
| | | Christopher J. Cox (Bar No. 151650) |
| 5 | | chris.cox@weil.com |
| | | WEIL, GOTSHAL & MANGES LLP |
| 6 | | Silicon Valley Office |
| | | 201 Redwood Shores Parkway |
| 7 | | Redwood Shores, CA 94065 |
| | | Telephone: (650) 802-3000 |
| 8 | | Facsimile: (650) 802-3100 |

Anita E. Kadala
anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for LEXAR MEDIA, INC.

Dated: June 21, 2006                     /s/ Carl Schlier
Robert F. McCauley (Bar No. 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Arthur I. Neustadt
aneustadt@oblon.com
Richard D. Kelly
rkelly@oblon.com
Carl E. Schlier
cschlier@oblon.com
OBLON, SPIVAK, MCCLELLAND, MAIER &
    NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 413-3000
Facsimile: (703) 413-2220

Attorneys for TOSHIBA CORPORATION

STIPULATED EXTENSION OF CASE SCHEDULE;
SUPPORTING DECLARATION; [~~PROPOSED~~] ORDER           2                    Case No. C 03-00167 MJJ
SV1:\250248\01\5d3c01!.DOC\59204.0007

**SUPPORTING DECLARATION OF STEVEN CHERENSKY**

I, Steven Cherensky, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am a member of the firm Weil, Gotshal & Manges L.L.P., attorneys of record for Lexar Media, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true. The parties have been actively engaged in completing fact discovery, including preparing for and taking depositions in the United States for the past several months, and preparing expert reports. In recent weeks, the parties have met and conferred and agreed that the schedule in this case should be extended, as requested above, to permit the orderly completion of expert reports and discovery.

3. There have not been any prior modifications to the Scheduling Order entered by the Court on May 24, 2006. The May 24, 2006 Scheduling Order modified the schedule set forth in the February 10, 2006 Scheduling Order. The May 24, 2006 Scheduling Order also modified the proposed scheduling order submitted by the parties on April 14, 2006, which was not entered by the Court. The February 10, 2006 Scheduling Order modified the schedule set forth in the June 8, 2005 Scheduling Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 21, 2006 at Redwood Shores, California.

                            /s/ Steven Cherensky
                            Steven Cherensky

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5  Dated: __6/23/2006__   _____

6    The Honorable Martin J. Jenkins
     United States District Court Judge