**[APPEARANCES LISTED ON SIGNATURE PAGES]**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>LEXAR MEDIA, INC.,<br><br>    Defendant. | Case No. C 03-00167 MJJ<br><br>**STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [~~PROPOSED~~] ORDER** |

The parties have met and conferred and agree that a short extension of time will be needed to complete dispositive motion briefing. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the May 24, 2006 Scheduling Order be modified as follows.

| Event | May 24, 2006 Scheduling Order | Proposed Date |
|---|---|---|
| Opposition briefs due | August 25, 2006 | September 8, 2006 |
| Reply briefs due | September 1, 2006 | September 22, 2006 |

The remaining dates in the May 24, 2006 Scheduling Order shall remain in effect.

By his signature below, counsel for Toshiba attests under penalty of perjury that counsel for Lexar concurs in the filing of this Stipulation.

STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER     1     Case No. C 03-00167 MJJ

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 25, 2006 | /s/ Steven Cherensky |
| | | Matthew D. Powers (Bar No. 104795) |
| 3 | | matthew.powers@weil.com |
| | | Steven Cherensky (Bar No. 168275) |
| 4 | | steven.cherensky@weil.com |
| | | Christopher J. Cox (Bar No. 151650) |
| 5 | | chris.cox@weil.com |
| | | WEIL, GOTSHAL & MANGES LLP |
| 6 | | Silicon Valley Office |
| | | 201 Redwood Shores Parkway |
| 7 | | Redwood Shores, CA 94065 |
| | | Telephone: (650) 802-3000 |
| 8 | | Facsimile: (650) 802-3100 |

Anita E. Kadala
anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for LEXAR MEDIA, INC.

Dated: August 25, 2006                /s/ Carl Schlier
                                      Robert F. McCauley (Bar No. 162056)
                                      robert.mccauley@finnegan.com
                                      FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER, L.L.P.
                                      Stanford Research Park
                                      3300 Hillview Avenue
                                      Palo Alto, California 94304-1203
                                      Telephone: (650) 849-6600
                                      Facsimile: (650) 849-6666

Arthur I. Neustadt
aneustadt@oblon.com
Richard D. Kelly
rkelly@oblon.com
Carl E. Schlier
cschlier@oblon.com
OBLON, SPIVAK, MCCLELLAND, MAIER &
   NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 413-3000
Facsimile: (703) 413-2220

Attorneys for TOSHIBA CORPORATION

STIPULATED EXTENSION OF CASE SCHEDULE;        2        Case No. C 03-00167 MJJ
SUPPORTING DECLARATION; [PROPOSED] ORDER

## SUPPORTING DECLARATION OF CARL E. SCHLIER

I, Carl E. Schlier, declare as follows:

1. I am an attorney admitted to practice in the State of Virginia, am admitted pro hac vice for this action in the United States District Court for the Northern District of California, and am with the law firm of Oblon, Spivak, McClelland, Maier & Neustadt, attorneys of record for Toshiba Corporation. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true. Recently, the parties have met and conferred and agreed that the schedule in this case should be extended, as requested above, to permit the orderly completion of dispositive motion briefing.

3. There have not been any prior modifications to the Court's July 28, 2006 Scheduling Order. The July 28, 2006 Scheduling Order modified the July 14, 2006 Proposed Order, which was not entered by the Court. The July 14, 2006 Proposed Order modified the June 23, 2006 Scheduling Order. The June 23, 2006 Scheduling Order modified the schedule set forth in the May 24, 2006 Scheduling Order. The May 24, 2006 Scheduling Order modified the schedule set forth in the February 10, 2006 Scheduling Order. The May 24, 2006 Scheduling Order also modified the proposed scheduling order submitted by the parties on April 14, 2006, which was not entered by the Court. The February 10, 2006 Scheduling Order modified the schedule set forth in the June 8, 2005 Scheduling Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 25, 2006 at Punta Cana, Dominican Republic.

                                          /s/ Carl E. Schlier
                                          Carl E. Schlier

STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER    3     Case No. C 03-00167 MJJ

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5  Dated: 8/30/2006                    _____

6                                                    The Honorable Martin J. Jenkins
                                                          United States District Court Judge

STIPULATED EXTENSION OF CASE SCHEDULE;                    4                    Case No. C 03-00167 MJJ
SUPPORTING DECLARATION; [PROPOSED] ORDER