**[APPEARANCES LISTED ON SIGNATURE PAGES]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>                Plaintiff,<br><br>  v.<br><br>LEXAR MEDIA, INC.,<br><br>                Defendant. | Case No. C 03-00167 MJJ (JL)<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER |

| | |
|---|---|
| 1 | Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1)(ii), Toshiba Corporation, plaintiff, and Lexar Media, Inc., defendant, all the parties to the above-entitled action, by and through their respective attorneys, do hereby stipulate to dismiss the above-entitled action in its entirety, with prejudice, each side to bear its own attorneys' fees and costs. |

By his signature below, counsel for Toshiba Corporation attests that counsel for Lexar Media, Inc. concur in the filing of this document.

Dated: September 19, 2006

/s/ *Robert McCauley*
Robert F. McCauley (Bar No. 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARROW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Arthur I. Neustadt
aneustadt@oblon.com
Richard D. Kelly
rkelly@oblon.com
Carl E. Schlier
cschlier@oblon.com
OBLON, SPIVAK, MCCLELAND, MAIER &
 NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314
Telephone: (713) 77002
Facsimile: (713) 224-9511

Attorneys for TOSHIBA CORPORATION

JOINT STIPULATION OF DISMISSAL AND [ ] ORDER    Case No. 03-00167 MJJ (JL)
tk-206076

| | |
|---|---|
| 1 | Dated: September 19, 2006 |
| 2 | /s/ *Steven Cherenksy* |
|   | Matthew D. Powers (Bar No. 104795) |
|   | Email: matthew.powers@weil.com |
| 3 | Steven Cherensky (Bar No. 168275) |
|   | Email: steven.cherensky@weil.com |
| 4 | WEIL, GOTSHAL & MANGES LLP |
|   | Silicon Valley Office |
| 5 | 201 Redwood Shores Parkway |
|   | Redwood Shores, CA 94065 |
| 6 | Telephone: (650) 802-3000 |
|   | Facsimile: (650) 802-3100 |

Anita E. Kadala
Email: anita.kadala@weil.com
WEIL. GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, Texas 7702
Telephone: (713) 77002
Facsimile: (713) 224-9511

Jonathan M. James
jjames@perkinscoie.com
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Facsimile: (602) 351-7000

Stefani Shanberg (Bar No. 206717)
sshanberg@perkinscoie.com
PERKINS COIE, LLP.
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050


Attorneys for LEXAR MEDIA, INC.

---

JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER　　　　　　　　　　　　Case No. 03-00167 MJJ (JL)
tk-206076

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __9/26_____, 2006

_____
The Honorable Martin J. Jenkins
United States District Court Judge